IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BOBBIE TORRY,

                Plaintiff,

v.

K. LLOYD,

                Defendant.

ORDER

11-cv-830-slc

---

Plaintiff Bobbie Torry, a prisoner at Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because the trust fund account statement he submitted with his complaint does not cover the full six-month period immediately preceding the filing of his complaint.

Plaintiff's complaint was filed on December 14, 2011. His trust fund account statement should cover the six-month period beginning approximately June 14, 2011 and ending approximately December 14, 2011. Once plaintiff has submitted the necessary statement, the court will calculate his initial partial payment and advise him of the amount he will have to pay before the merits of his complaint can be screened under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to ensure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Bobbie Torry may have until January 5, 2012, in which to submit a certified copy of his trust fund account statement for the period beginning approximately June 14, 2011 and ending approximately December 14, 2011. If, by January 5, 2012, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 15th day of December, 2011.

BY THE COURT:

PETER OPPENEER
Magistrate Judge