IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBIE TORRY,

    Plaintiff,

v.

KARI LLOYD,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-830-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting summary judgment in favor of Kari Lloyd and dismissing this case.

| /s/ | 7/28/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |